BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
EVAN GABRIEL DIAZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVAN GABRIEL DIAZ,<br><br>Defendant. | CR 11-00035 PJH<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS OF<br>PRETRIAL RELEASE |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Evan Diaz may be modified to allow her to travel as follows:

April 22-27, 2011 to Indio, California

May 26-29, 2011 to Las Vegas, Nevada

June 29 - July 6, 2011 to Detroit, Michigan

Pretrial Services Officer Timothy Elder is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

CR 11-00035
Stipulation and Proposed Order Modifying
Pretrial Release Conditions                    1

DATED: March 23, 2011                              /s/
                                         ELLEN V. LEONIDA
                                         Assistant Federal Public Defender


DATED: March 23, 2011                              /s/
                                         STEPHEN CORRIGAN
                                         Assistant United States Attorney




# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Evan Diaz may be modified to allow him to travel as follows: to Indio, California between April 22-27, 2011; to Las Vegas, Nevada between May 26-29, 2011; and to Detroit, Michigan between June 29 - July 6, 2011. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: March 25, 2011

                                         _____
                                         LAUREL BEELER
                                         United States Magistrate Judge

CR 11-00035
Stipulation and ~~Proposed~~ Order Modifying
Pretrial Release Conditions                    2