1 | BARRY J. PORTMAN
Federal Public Defender
2 | ELLEN V. LEONIDA
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500
Fax: (510) 637-3507
5 | Email: ellen_leonida@fd.org

6 | Counsel for Defendant
EVAN GABRIEL DIAZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 11-00035 PJH |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| EVAN GABRIEL DIAZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Evan Diaz may be modified to allow him to travel to Long Beach California between December 16, 2011 and December 26, 2011, in order to spend Christmas with his family. While in Long Beach, Mr. Diaz will be residing at 3644 Faust Avenue. Pretrial Services Officer Timothy Elder is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

CR 11-00035
Stipulation and ~~Proposed~~ Order Modifying
Pretrial Release Conditions                    1

1  DATED: December 5, 2011              _____/s/_____
                                        ELLEN V. LEONIDA
2                                       Assistant Federal Public Defender

3
   DATED: November 29, 2011            _____/s/_____
4                                       STEPHEN CORRIGAN
                                        Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Evan Diaz may be modified to allow him to travel to Long Beach California between December 16, 2011 and December 26, 2011. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: December 2, 2011

_____
LAUREL BEELER
United States Magistrate Judge

CR 11-00035
Stipulation and ~~Proposed~~ Order Modifying
Pretrial Release Conditions                2